

```
Court Name: j District Court
Division: 3
Receipt Number: 333043386
Cashier ID: ganguli
Transaction Date: 03/19/2015
Payer Name: DAVID J. CATANZARO
CIVIL FILING FEE
  For: DAVID J. CATANZARO
  Case/Party: D-PAM-3-15-CV-000554-001
  Amount:          $400.00
CIVIL FILING FEE
  For: DAVID J. CATANZARO
  Case/Party: D-PAM-3-15-CV-000555-001
  Amount:          $400.00
CIVIL FILING FEE
  For: DAVID J. CATANZARO
  Case/Party: D-PAM-3-15-CV-000556-001 [
  Amount:          $400.00

CREDIT CARD
  Amt Tendered:  $1,200.00

Total Due:        $1,200.00
Total Tendered:   $1,200.00
Change Amt:           $0.00

Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```