THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DAVID J. CATANZARO,

VS.

Case No. 3:15-cv-00556

SPIN MASTER, LTD;
and DOES 1 THROUGH 50

FILED
SCRANTON

JUN 1 7 2015

Per_____
DEPUTY CLERK

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff David J. Catanzaro hereby dismisses its complaint without prejudice, pursuant to Rule 41(a) of the rules of Civil Procedure, defendant not having answered or otherwise appeared.

Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 282-4889
E-mail: davidjosephus@aol.com