THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:15-cv-00556 |
| VS. | |
| SPIN MASTER, LTD; and DOES 1 THROUGH 50 | JURY TRIAL DEMANDED |
| Defendants. | JUDGE MALACHY E MANNION |

FILED SCRANTON
NOV 04 2022
PER ___ DEPUTY CLERK

## MOTION FOR LEAVE OF COURT

Plaintiff asks this Honorable Court to allow him Leave of Court, to file a First amended complaint in the above- captioned action to include current updated facts along with adding defendant Walmart Stores, Inc. Plaintiff has not completed service on the defendant and the defendant did not enter an appearance in the above-captioned action.

Plaintiff further asks this Honorable Court to enter the attached First amended complaint along with its attachments, with a priority date of November 4, 2022 the date this motion was filed.

/s/ David J. Catanzaro
David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407
Plaintiff *Pro Se*

**IT IS SO ORDERED:**

_____
HON. MALACHY E. MANNION