THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID J. CATANZARO, | Case No. 3:15-cv-00556 |
| VS. | |
| SPIN MASTER, LTD;<br>and DOES 1 THROUGH 50 | JURY TRIAL DEMANDED |
| Defendants. | JUDGE MALACHY E MANNION |

## SUPPLEMENTED DISCLOSURE

Plaintiff failed to sign the docketed first amended complaint filed with the clerk on 11/4/22.

Attached please find a signed copy of the signature page for the first amended complaint.

/s/ David J. Catanzaro
David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407
Plaintiff *Pro Se*



Respectfully submitted,

David J. Catanzaro
Plaintiff *pro se*
286 Upper Powderly Street
Carbondale, PA 18407
Phone: (570) 936-9262
E-mail: davidjosephus@aol.com

6